**Order entered September 27, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00489-CR

### NISHAL KESHAV RAJSAKHA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MB-1358026-A**

## ORDER

We **REINSTATE** this appeal.

On August 11, 2016, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On September 23, 2016, we received the reporter's record. Because findings are no longer necessary, we **VACATE** the August 11, 2016 order.

We **ORDER** the reporter's record filed as of the date of this order.

/s/      ADA BROWN
         JUSTICE